UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MARCUS MAJOR (1),<br>JORDAN HUSS (2)<br><br>　　　　　　Defendants<br>_____ / | CASE NO. 1:07-CR-00156 LJO<br><br>**ORDER PURSUANT TO COUNSELS'<br>RESPONSES TO COURT'S<br>MARCH 28, 2012 ORDER** |

It appears as though the respective defendants are wishing to be present at the time of the 3 year adjustments to their sentences. Said adjustment is required pursuant to the remand from the Ninth Circuit for that limited purpose.

On or before May 15, 2012 (this date is after the 9th Circuit Remand Order has become final), one counsel (either appellate or trial) for each defendant is required to file with the Court a written statement whether or not they believe the remand requires the Court to do anything other than adjust the respective sentences downward by 3 years.

IT IS SO ORDERED.

**Dated:　April 11, 2012**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE